**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jeffrey Lynn MYERS, Defendant–
Appellant.**

No. 01–6275.

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided May 7, 2001.

Jeffrey Lynn Myers, pro se.

Harry Thomas Church, Assistant United States Attorney, Charlotte, NC, for appellee.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jeffrey Myers appeals the district court's order dismissing his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a

certificate of appealability and dismiss the appeal on the reasoning of the district court.\* *See United States v. Myers,* Nos. CR–90–10–ST–V; CA–97–2–5–V (W.D.N.C. filed Nov. 29, 2000; entered Dec. 5, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

\* Myers alleges on appeal for the first time that he was sentenced in violation of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). We recently held in *United States v. Sanders,* 247 F.3d 139, 2001 WL 369719 (4th Cir., 2001) (No. 00–6281), that the new rule announced in *Apprendi* is not retroactively applicable to cases on collateral review. Accordingly, Myers' *Apprendi* claim is not cognizable.